FILED
2016 Jul-13 AM 10:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JOY ELIZABETH BARRON, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 7:15-cv-1258-AKK-TMP |
| WASHINGTON ADDUCI, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on June 14, 2016, recommending dismissal of petitioner's 28 U.S.C. § 2241 petition for *habeas corpus* relief. Doc. 13. No objections to the report and recommendation have been filed. Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED** and the recommendation **ACCEPTED**.

It is therefore **ORDERED** that the petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 in the above-styled cause be and hereby is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

DONE the 13th day of July, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE